UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DELANO L. GAFFNEY,

    Petitioner,

v.

                        Case No. 1:07-cv-46

JERI-ANN SHERRY,                 HONORABLE PAUL L. MALONEY

    Respondent.
_____/

## **JUDGMENT**

Having issued an order adopting a report and recommendation and denying the petition for writ of habeas corpus, pursuant to FED.R.CIV.P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner.

Date: January 27, 2010                                       /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 Chief United States District Judge